# Third District Court of Appeal

## State of Florida

Opinion filed March 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2226
Lower Tribunal Nos. 17-CF-160-A-K, 17-CF-164-A-K, 17-CF-314-A-K

_____

**Jeffrey Ray Sundwall,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Jeffrey Ray Sundwall, in proper person.

James Uthmeier, Attorney General, for appellee.

Before FERNANDEZ, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. See Dol v. State, 900 So. 2d 624, 625 (Fla. 3d DCA 2005)

("This claim raises factual issues which must be brought by a motion under

Florida Rule of Criminal Procedure 3.850 and is subject to the two-year time limitation contained in that rule. <u>See</u> Fla. R. Crim. P. 3.850(b); <u>State v. Mancino</u>, 705 So. 2d 1379, 1381 (Fla. 1998). This claim is time-barred.").